No. 78–727. SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY (SEPTA) *v.* KENNY. C. A. 3d Cir. Certiorari denied.

No. 78–729. ARROW FOOD DISTRIBUTORS, INC. *v.* LOVE, CONSERVATOR. Sup. Ct. Miss. Certiorari denied.

No. 78–754. UNIT, INC., ET AL. *v.* HICKMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–758. WESTINGHOUSE ELECTRIC CORP. *v.* HUMAN RIGHTS APPEAL BOARD OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 78–760. TASSOP, DBA ST. ANDREW ACADEMY ON THE SOUND *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–767. GLASGOW ET UX. *v.* BARTLESON. Ct. App. Wash. Certiorari denied.

No. 78–768. GASPER ET AL. *v.* LOUISIANA STADIUM AND EXPOSITION DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–770. CURTIS *v.* FRANK S. PHILLIPS, INC., ET AL. Ct. App. D. C. Certiorari denied.

No. 78–773. UNITED STATES LINES, INC. *v.* SUN SHIPBUILDING & DRY DOCK CO. C. A. 3d Cir. Certiorari denied.

No. 78–804. LaROCCO *v.* UNITED STATES; and

No. 78–805. SMALDONE ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 583 F. 2d 1129.

No. 78–836. LEE PHARMACEUTICALS *v.* KREPS, SECRETARY OF COMMERCE, ET AL. C. A. 9th Cir. Certiorari denied.